IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANNA SALINAS, on her behalf and on behalf of those similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:04-CV-1861-B |
| v. | § § | |
| O'REILLY AUTOMOTIVE, INC., | § § § | |
| Defendant. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties stipulate the final dismissal of this case, with prejudice to refiling. The parties further stipulate that all costs of Court shall be paid by the party incurring those costs.

Respectfully submitted,

EDWARDS BURNS KRIDER, LLP

By: _____
Brady Edwards
State Bar No. 00793021
1000 Louisiana, Ste. 1300
Houston, Texas 77002
Telephone: (713) 339-3233
Facsimile: (713) 339-2233

ATTORNEYS FOR PLAINTIFF
ANNA SALINAS

Respectfully submitted,

BAKER BOTTS, L.L.P.

By: _____
Teresa S. Valderrama
State Bar No. 20422500
Kathryn S. Vaughn
State Bar No. 00785144
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

ATTORNEYS FOR DEFENDANT
O'REILLY AUTOMOTIVE, INC.

| | |
|---|---|
| BRUCKNER & BURCH, P.C.<br>Richard J. Burch<br>State Bar No. 24001807<br>5847 San Felipe, Ste. 3900<br>Houston, Texas 77057<br>Telephone: (713) 877-8788<br>Facsimile: (713) 877-8065<br><br>ATTORNEYS FOR PLAINTIFF<br>ANNA SALINAS | LUTTRELL & WILLIAMS, P.C.<br>John M. Williams<br>State Bar No. 21554200<br>L. Don Luttrell<br>State Bar No. 12708630<br>3000 Weslayan, Suite 350<br>Houston, Texas 77027<br>Telephone: (713) 877-1077<br>Facsimile: (713) 877-1089<br><br>OF COUNSEL:<br><br>Jason Storck<br>State Bar No 24037559<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201<br>(214) 753.6500 (Telephone)<br>(214) 753.6503 (Fax)<br><br>ATTORNEYS FOR DEFENDANT<br>O'REILLY AUTOMOTIVE, INC. |

## CERTIFICATE OF SERVICE PURSUANT TO ELECTRONIC FILING PROTOCOLS

I hereby certify that the foregoing has been filed pursuant to the electronic filing requirements of the United States District Court for the Northern District of Texas on this the 1st day of ~~February~~ March 2006, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

_____
Filing Attorney